IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00350-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISIAH DENZEL YOUNG, | ) | |
| Defendant. | ) | |

Before the court is Defendant's September 19, 2013 letter motion addressed to the undersigned [DE-118]. In his letter motion, Defendant asserts that although the undersigned recommended that he be placed at FCI-Butner, he was sent to a U.S. penitentiary in Canaan. Defendant requests that the undersigned intervene and have him sent to a facility that better fits his situation.

"[T]he Bureau of Prisons is given sole authority to determine where an inmate will serve his or her sentence." *United States v. Alan Lun Wai Ng*, 378 Fed. Appx. 299, 301-02 (4th Cir. 2010). Accordingly, this court does not have the authority to order where Defendant shall be housed. For this reason, Defendant's September 19, 2013 letter motion is DENIED.

SO ORDERED.

This, the 23rd day of September, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge